CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VYACHESLAV SOLONITSYN, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, Secretary, United States Department of State, *et al.*,<br><br>            Defendants. | Case No. 4:26-cv-01557 AMO<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulation to extend the time for Defendants' response to the complaint and stipulated request to extend the dates in the Court's Immigration Mandamus Procedural Order summary judgment.  In support of this stipulation, the parties state as follows:

1.      Pursuant to the parties' previous stipulation and Court order, Defendants' response to the complaint is currently due June 15, 2026.  *See* Dkt. Nos. 10, 14.

2.      The parties are meeting and conferring regarding Plaintiff's complaint, and seek additional time to continue their discussions.  Accordingly, they have agreed to extend the time for Defendants' response by 30 days.

3.      The parties therefore stipulate to extend the time for Defendants' response to July 15,

Stipulation to Extend
C 4:26-cv-01557 AMO                              1

2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4, as extended by stipulated order, Dkt. Nos. 10, 14. Under the extended deadlines, Defendants' motion for summary judgment will be due September 14, 2026.

IT IS SO STIPULATED.

Dated: June 15, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 15, 2026

/s/ Anton L. Hasenkampf
ANTON L. HASENKAMPF
Attorney for Plaintiffs

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. **Future requests for extension are due at least seven days in advance.** *See* **Standing Order for Civil Cases.**

Date:   6/16/2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:26-cv-01557 AMO                    2